# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DAYS INN WORLDWIDE, INC., formerly known
as Days Inn of America, Inc., a Delaware Corp.

                     Plaintiff,

-against-

THE HOTEL COMPANY, II, LLC, an Alabama
Limited Liability company; RAMAN PATEL, an
individaul and SAVITA PATEL, an individaul
                     Defendant(s).

-------------------------------------------------------------X

**10 CIVIL 4090 (HB)**
Judgment #10,1670

3:11mc 5 TSL-FKB



## CLERK'S CERTIFICATION OF A JUDGMENT
## TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on September 30, 2010.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

**Dated:** New York, New York
       December 20, 2010

                                              RUBY J. KRAJICK
                                              Clerk of Court
BY: _____
                                              Deputy Clerk